Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM 7A

|                                          |                   |
|------------------------------------------|-------------------|
|                    Plaintiff,            | Court No.         |
| v.                                       |                   |
|                    Defendant.            |                   |

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: _____          *Steven Zisser*
                                _____
                                Signature of Plaintiff's Attorney

                                _____
                                Attorney for Plaintiff

                                _____
                                Firm

                                _____
                                Street Address

                                _____
                                City, State and Zip Code

                                _____
                                Telephone Number

                                _____
                                E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____          Clerk, U. S. Court of International Trade

                                By: _____
                                    Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| | |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)